UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL LEBLANC (#445201)

VERSUS

ASCENSION PARISH JAIL, ET AL.

CIVIL ACTION

15-711-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 7, 2017 to which there has been no objection filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's claims asserted against the Ascension Parish Jail are dismissed because this Defendant does not have the capacity to be sued in federal court. It is further ordered that Plaintiff's *Motion for Summary Judgment*[3] be denied and that the Defendant's *Motion for Summary Judgment*[4] be granted, dismissing Plaintiff's claims asserted against Defendant Wald, without prejudice, for failure of Plaintiff to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e, and that this action is hereby dismissed.

Baton Rouge, Louisiana the 15 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 18.
[3] Rec. Doc. 15.
[4] Rec. Doc. 14.